**Opinion issued August 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-13-00201-CV

————————————

**THE CITY OF HOUSTON, Appellant**

**V.**

**SOUTHWESTERN BELL TELEPHONE COMPANY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 999968**

---

### MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.